### Fugua and Hewitt *against* Carriel and Martin.

1, Judgment nunc pro tunc may be entered without notice.

2, A Note payable at a future day with interest from the date, if not punctually paid, carries interest only from its maturity.

*JOHN D. CARRIEL* and *John Martin* brought an action of Debt in the Circuit Court of *Franklin*, against *Ephraim Fugua* and *Thomas Hewitt*, on their Bill single, dated 4th day of *December*, 1818, for the payment of $470, twelve months after date, "to bear interest from the date if not punctually paid." The writ was returned, and declaration filed at *February* term, 1820. At the next term, the defendants withdrawing their plea, judgment by *nil dicit* was entered for the Debt and $21 $\frac{93}{100}$ Damages. At *April* term, 1821, (being the next after the judgment above mentioned) an entry in the cause was made, correcting the judgment as to the amount of the interest, and judgment nunc pro tunc entered for the Debt and $62 $\frac{62}{100}$ Damages.

*Fugua* and *Hewitt* prosecuted a writ of Error: the matter assigned as Error appears in the

Opinion of the Court delivered by Judge *Crenshaw*.

We have no hesitation in saying that the Circuit Court had power to enter a judgment *nunc pro tunc*; and that under the circumstances of this case, notice to the opposite party was not necessary; for if there was any mistake in entering the judgment, it was a mistake apparent from the Record, and the amendment was made at the earliest opportunity after its occurrence, viz. at the first term after the judgment. But the judgment, as the entry stands amended, appears to include interest from the date to the maturity of the Note. This, in an instrument of this description, is in the nature of a penalty, and not recoverable, as has been settled at this term.(a)   On this ground the judgment must be reversed, and judgment rendered here for the principal and interest thereon, from the maturity of the Note. In this opinion the Court are unanimous.

(a) *Dinsmore vs. Hand, p.* 126.

*Coalter*, for plaintiffs in Error—cited, as to 1st point, 1 Hen. and Munfd. 25.   4 Munfd. 299, 300.   As to 2d point, 1 Hen. Bla. 232.   3 Bos. and P. 346.   1 Wash. 119.   1 Gilmer.

*Martin*, for defendants in Error.